UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nancy Geshke
Plaintiff

V.

CIVIL ACTION
NO. 10-11567 RGS

Crocs, Inc.
Defendant

JUDGMENT

STEARNS, D. J.

In accordance with the Court's Memorandum and Order dated  9/7/12  granting defendant's motion for summary judgment, it is hereby ORDERED that judgment be entered for the defendant.

By the Court,

9/10/12
Date

/s/ Elaine Flaherty
Deputy Clerk

(Dismissal Memo.wpd - 12/98)